UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASON SHELL, | ) | CASE NO. : 1:19 CV 2043 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| PIE KINGZ, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that the above captioned case may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties have filed a Joint Stipulation of Dismissal (ECF #24). Therefore, this case is dismissed with prejudice, with each party to bear their own costs and attorney fees, unless otherwise agreed by and between the parties. The Court retains jurisdiction to enforce the settlement.

IT IS SO ORDERED.

DATED: March 27, 2020

_____
DONALD C. NUGENT
United States District Judge